COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:  In re Cynthia Former

Appellate case number:  01-13-00445-CV

Trial court case number:  2013-14667

Trial court:  151st District Court of Harris County

The Real Party in Interest's Motion to Disqualify Relator's Counsel J. Chris Juravich and Motion to Dismiss Petition for Writ of Mandamus are DENIED.

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
                        Acting individually

Date:  June 18, 2013